Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Continental Western*
*Insurance Company and Union Standard Insurance Group*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FAUSTO BENINI, an individual,<br><br>                  Plaintiff,<br><br>v.<br><br>UNION STANDARD INSURANCE GROUP, A FOREIGN CORPORATION; CONTINENTAL WESTERN INSURANCE COMPANY, A FOREIGN CORPORATION; DOE INDIVIDUALS 1-20, INCLUSIVE; AND ROE CORPORATIONS 1-20, INCLUSIVE,<br><br>                  Defendants. | Case No:   2:19-cv-00086<br><br>**CONTINENTAL WESTERN INSURANCE COMPANY AND UNION STANDARD INSURANCE GROUP'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel for CONTINENTAL WESTERN INSURANCE COMPANY ("Continental") and UNION STANDARD INSURANCE GROUP ("Union Standard") hereby certifies the follow entities may have a financial interest in the outcome of this litigation:

1. Fausto Benini is a plaintiff in this action and therefore may have a direct, pecuniary interest in the outcome of this case.

2. Continental is a wholly-owned subsidiary of Berkley Regional Insurance Company ("BRIC"). BRIC is a wholly-owned subsidiary of Berkley Insurance Company ("BIC"). BIC is a wholly-owned subsidiary of Signet Star Holdings, Inc. ("SSH"). SSH is a wholly-owned subsidiary of W.R. Berkley Corporation, a publicly-traded company.

/ / /

/ / /

/ / /

/ / /

1411700v.1

1     3.    Union Standard Insurance Group is an operating unit of, BIC. BIC is a wholly-owned subsidiary of Signet Star Holdings, Inc. ("SSH"). SSH is a wholly-owned subsidiary of W.R. Berkley Corporation, a publicly-traded company.

These representations are made to enable judges of this case to evaluate possible disqualifications or recusal.

Dated: this 14th day of January, 2019.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Continental Western Insurance Company and Union Standard Insurance Group*

-2-

1411700v.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on the 14th day of January, 2019, I served **CONTINENTAL WESTERN INSURANCE COMPANY AND UNION STANDARD INSURANCE GROUP'S CERTIFICATE OF INTERESTED PARTIES** as follows:

- ☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Steve Dimopoulos, Esq.
Garnet E. Beal, Esq.
Dimopoulos Injury Law
6830 S. Rainbow Blvd., Suite 200
Las Vegas, NV 89118
*Attorneys for Plaintiff*

BY: */s/ PAM LAMPER*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-3-

1411700v.1